UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CRYSTAL POWER COMPANY, LTD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. G-10-57 |
| | § | |
| COASTAL SALVADORAN POWER | § | |
| COMPANY LTD; nka INKIA | § | |
| SALVADORIAN POWER, LTD | § | |
| (&QUOT;CSP&QUOT;), *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

**Before the Court is a Report and Recommendation from Magistrate Judge Froeschner which recommends that the Plaintiff's Motion to Remand, and in the Alternative, Motion to Compel Arbitration, Dismiss and Remand, and Motion to Sever and Remand (Docket Entry ("Dkt.") No. 23) be denied. Plaintiff filed timely Objections to the Report and Recommendation (Dkt. No. 39), and Defendants filed Responses to the Objections. (Dkt. Nos. 41, 42, 43).**

**As required by 28 U.S.C. § 636(b)(1)(C), this Court has given this matter *de novo* review and, after careful consideration of the Motion, the Objections to the Report and Recommendation the Responses and exhibits thereto, it finds that the Objections are without merit and that Judge Froeschner's findings and recommendations are well-grounded in law and fact.**

**Accordingly, it is hereby ORDERED and ADJUDGED that:**

1) the Report and Recommendation of Magistrate Judge Froeschner is APPROVED and ADOPTED by this Court;

2) the Plaintiff's Objections are OVERRULED; and

3) the Plaintiff's Motion to Remand, and in the Alternative, Motion to Compel Arbitration, Dismiss and Remand, and Motion to Sever and Remand (Dkt. No. 23) is DENIED.

SIGNED at Houston, Texas this 4th day of November, 2010.

_____
Kenneth M. Hoyt
United States District Judge